### 53223. BENZ et al. v. QUALITY ELECTRIC SERVICE, INC. et al.

WEBB, Judge.

This appeal is taken from an order denying a motion to dismiss a third-party complaint, which is not a final judgment. Cf. *Von Waldner v. Baldwin/Cheshire, Inc.,* 133 Ga. App. 23 (209 SE2d 715) (1974). *Williams v. Del-Cook Lumber Co.,* 233 Ga. 62 (209 SE2d 633) (1974). Since the interlocutory appeal procedure specified by Code Ann. § 6-701(a) 2 has not been followed, the motion to dismiss the appeal must be granted. *Tingle v. Lokey & Bowden,* 137 Ga. App. 368 (223 SE2d 763) (1976); *Chambers v. Lowe's of Doraville,* 138 Ga. App. 626 (227 SE2d 92) (1976).

---

Beaird and Ellington, Annual Survey of Georgia Law (Trial Practice and Procedure), 26 Mercer Law Review 239, 246 (Fall, 1974).

*Appeal dismissed. Deen, P. J., and Marshall, J., concur.*

SUBMITTED JANUARY 6, 1977 — DECIDED JANUARY 11, 1977.

*Arthur P. Tranakos,* for appellants.
*Lipshutz, Zusmann, Sikes, Pritchard & Cohen, H. William Cohen, Cotton, Katz & White, Mark A. Guza,* for appellees.